# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**DEBORAH D. HAMMACK**

**-vs-**

**COMM. OF SOCIAL SECURITY**

**CIVIL ACTION NO. 02-0909**

**JUDGE LITTLE**

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that the appeal from the Commissioner of Social Security's final decision denying Petitioner, Deborah D. Hammack ("Hammack"), Supplemental Security Income Benefits by be denied and dismissed with prejudice. Hammack has not filed an objection to the magistrate's report. After full record review, the court adopts the reasoning and conclusion of the magistrate. Hammack's appeal is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

27 July 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE